IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
ANDREW L. COLEMAN, d/b/a : Case No. 4:15-bk-04464 - JJT
COLEMAN'S ASPHALT, OSCEOLA :
MILLS CARWASH, :
    and :
SHIRLEY L. COLEMAN, : Chapter 11
    Debtors :

## NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY

**TO CREDITORS AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE, pursuant to 11 U.S.C. §554(a) of the Bankruptcy Code, the Trustee of the estate of the above-captioned Debtors intends to abandon the following property of the estate:

**1989 Jeep Wrangler (herein, the "Property").**

This Trustee's action is based upon the following:

1. At the time of filing, the Trustee learned of the existence of a 1989 Jeep Wrangler valued at approximately $500.00, and was included in the Trustee's Motion to Sell Property Free and Clear of Liens and Other Interests.

2. The Property has since been valued by Matt Hurley of Hurley Auctions, and he and this Trustee believe that the value is outweighed by the cost of selling, and that liquidating the vehicle will not result in meaningful distribution to the creditors. Additionally, the vehicle is in extremely poor condition and does not run.

3. Pursuant to Section 554 of the Bankruptcy Code, the Trustee may abandon property of the estate which is of inconsequential value to the estate, as is the case here.

**If no objections and requests for hearing are timely filed with the Bankruptcy Clerk within fifteen (15) days from the date of this Notice, the property will be deemed abandoned without further Order. If you wish to contest this matter, file with the Clerk of the Bankruptcy Court a written objection in the form of a responsive pleading and request a hearing. Any filing must confirm to the Rules of Bankruptcy Procedure unless the Court determines otherwise and be mailed to:**

Clerk/United States Bankruptcy Court
Middle District of Pennsylvania
P.O. Box 908
Harrisburg, PA 17108

Date: August 8, 2017

/s/John P. Neblett
John P. Neblett, Esq.
Chapter 7 Trustee
P.O. Box 490
Reedsville, PA 17084
(717) 667-7185
jpn@neblettlaw.com

United States Bankruptcy Court
Middle District of Pennsylvania

In re:
ANDREW L. COLEMAN
SHIRLEY L. COLEMAN
       Debtors

Case No. 15-04464
Chapter 7

## CERTIFICATE OF SERVICE

District/off: 0314-c     User: 620     Page 1 of 2     Date Rcvd: Aug 08, 2017
Form ID: coleman     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Noticing Center on Aug 09, 2017.

```
db        ANDREW L. COLEMAN,    87 CURTAIN STREET,    OSCEOLA MILLS, PA 16666-1601
jdb       SHIRLEY L. COLEMAN,    1429 STATE STREET,    OSCEOLA MILLS, PA 16666-1646
1         COMMUNITY BANK, NA,    PO BOX 509,    CANTON, NY 13617-0509
2         COMMUNITY BANK, NA,    P.O. BOX 628,    OLEAN, NY 14760-0628
3         COUNTY NATIONAL BANK,    P.O. BOX 42,    CLEARFIELD, PA 16830-0042
4         DAVID J. BARTON,    BENTZ LAW FIRM, P.C.,    680 WASHINGTON RD. STE 200,
           PITTSBURGH, PA 15228-1948
5         DAVID J. BARTON,    BENTZ LAW FIRM, P.C.,    680 WASHINGTON RD.,    PITTSBURGH, PA 15228-1948
6         DAVID J. BARTON, ESQUIRE,    BENTZ KAW FIRM, PC,    200 WASHINGTON CENTER BLDG.,
           680 WASHINGTON RD.,    PITTSBURGH, PA 15228-1925
7         DONALD M HAHN,    STOVER MCGLAUGHLIN GERACE ET AL,    122 EAST HIGH STREET,    PO BOX 209,
           BELLEFONTE, PA 16823-0209
8         INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,
           PHILADELPHIA, PA 19101-7346
9         INTERNAL REVENUE SERVICE,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
10        JAMES & CECILIA BURNS,    229 PONDEROSA DR.,    P.O. BOX 145,    SANDY RIDGE, PA 16677-0145
11        JAMES BURNS,    229 PONDEROSA DR.,    P.O. BOX 145,    SANDY RIDGE, PA 16677-0145
13        KAREN HACKMAN, ESQUIRE,    RUDNITSKY & HACKMAN, LLP,    1372 N. SUSQUEHANNA TRAIL, STE. 130,
           SELINSGROVE, PA 17870-8973
14        MEMBERS FIRST FCU,    P.O. BOX 2104,    MECHANICSBURG, PA 17055-2104
15        MEREDITH COLEMAN,    C/O ANDREW COLEMAN,    87 CURTIN ST.,    OSCEOLA MILLS, PA 16666-1601
16        SECURITIES AND EXCHANGE COMMISSION,    3 WORLD FINANCIAL CENTER,    NEW YORK, NY 10281-1022
17        SEDA-COG,    201 FURNACE RD.,    LEWISBURG, PA 17837-8043
18        SEDA-COG LOCAL DEVELOPMENT CORP AND THE U.S.,    1372 N. SUSQUEHANNA TRAIL, SUITE 130,
           SELINSGROVE, PA 17870-8973
19        SEDA-COG LOCAL DEVELOPMENT CORPORATION,    201 FURNACE ROAD,    LEWISBURG, PA 17837-8043
21        U.S. BANK, NATIONAL ASSOCIATION,    % BENTZ LAW FIRM, P.C.,    680 WASHINGTON RD. STE. 200,
           PITTSBURGH, PA 15228-1948
22        UNITED STATES TRUSTEE,    228 WALNUT STREET, SUITE 1190,    HARRISBURG, PA 17101-1722
23        US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12     JOHN E RAMSEY
20     STAT,    FASTCASE TOPFORM,    14.0,    I,    O

     TOTALS: 2, * 0

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Aug 09, 2017      Signature: *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 09, 2017 at the address(es) listed below:
nef          JOHN P NEBLETT (TRUSTEE)
nef          U.S. BANKRUPTCY COURT
                                                                                                TOTAL: 2