UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| ANDREW L. COLEMAN, d/b/a : | |
| COLEMAN'S ASPHALT, : | |
| OSCEOLA MILLS CARWASH, : | |
| AND SHIRLEY L. COLEMAN, : | |
| DEBTORS : | CASE No.: 4:15-bk-04464-JJT |

## CERTIFICATE OF CONCURRENCE

AND NOW comes David J. Barton, Esquire, and BENTZ LAW FIRM, P.C., counsel to U.S. Bank, National Association, a Class 2F Creditor and Unsecured Creditor in the above-referenced matter, and states that it concurs and joins in the Trustee's Motion to Convert from Chapter 11 to Chapter 7 (Doc. 154), and also in the Trustee's Objection to Disclosure Statement Dated May 15, 2016 (Doc. 125), for the reasons expressed in said pleadings.

Respectfully Submitted,

Date: August 14, 2017            /S/ David J. Barton

BENTZ LAW FIRM, P.C.
680 Washington Road, Ste. 200
Pittsburgh, PA 15228
(412) 563-4500
djbarton@bentzlaw.com