UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| ANDREW L. COLEMAN, d/b/a | : | |
| COLEMAN'S ASPHALT, | : | |
| OSCEOLA MILLS CARWASH, | : | |
| AND SHIRLEY L. COLEMAN, | : | |
|     DEBTORS | : | CASE No.: 4:15-bk-04464-JJT |
| | : | |
| JOHN P. NEBLETT, ESQ., TRUSTEE | : | |
| To the Bankruptcy Estate of Andrew | : | |
| Coleman, d/b/a Coleman's Asphalt, | : | |
| Osceola Mills Carwash, and Shirley L. | : | Motion to Convert (11 U.S.C. §1112(b)) |
| Coleman, | : | |
|     Plaintiff | : | |
| | : | |
|     v. | : | |
| | : | |
| ANDREW L. COLEMAN, d/b/a | : | |
| COLEMAN'S ASPHALT, | : | |
| OSCEOLA MILLS CARWASH, | : | |
| AND SHIRLEY L. COLEMAN, | : | |
|     Debtors | | |

**JOINT REQUEST FOR CONTINUANCE WITH THE CONCURRENCE OF ALL PARTIES**

    **COMES NOW**, John P. Neblett, Esq., Counsel to the Trustee in the above-referenced bankruptcy case, and moves to continue the hearing scheduled for August 22, 2017, representing as follows:

    1.    The Parties have been negotiating a resolution of the pending issues in this case and jointly request a continuance of at least 30 days in order to adequately address a resolution.

    2.    This request is with the concurrence of the counsel for the Debtors, the Trustee, and the office of the United States Trustee.

    3.    The parties request that the matter be set for hearing on October 13, 2017.

Respectfully submitted,

Date: August 21, 2017        /s/ John P. Neblett
                             John P. Neblett
                             P.A. I.D. No. 80036
                             P.O. Box 490
                             Reedsville, PA  17084
                             717.667.7185
                             jpn@neblettlaw.com