# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

In re: Andrew L. & Shirley L. Coleman  
Debtor

Case No. 4:15-bk-04464-JJT

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: JULY 2017 — SEMI  
Date filed: _____

Line of Business: ~~Construction~~ RETIRED  
NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Andy Coleman*

Original Signature of Responsible Party

Andrew L. Coleman  
Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.) | Yes | No
---|---|---
1. IS THE BUSINESS STILL OPERATING? | ☐ | ☒
2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐
3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐
4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐
5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☒ | ☐
6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐
7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐
8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☐
9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐
10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒
11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒
12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒
13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒

| # | Question | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐  ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE PROVIDE A LIST OF ALL INCOME YOU HAVE EARNED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS.

TOTAL INCOME $ 7334.00

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $ 10,107.64
Cash on Hand at End of Month  $ 11,931.78

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL $ 11,931.78

*(Exhibit B)*

## EXPENSES

PLEASE PROVIDE A LIST OF ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.

TOTAL EXPENSES $ 5519.86

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)   $ 7334.00
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)  $ 5519.86
*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH  $ 1814.14

NOTE: Cash on Hand at Start of Month + Cash Profit For The Month should equal Cash on Hand at End of Month.

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    2

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    0

## PROFESSIONAL FEES

**BANKRUPTCY RELATED:**

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ 0

**NON-BANKRUPTCY RELATED:**

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ 0

# SENECA ALLEGANY
CASINO & HOTEL

## PROMOTIONAL WINNER'S TICKET

WT 5236

**PATRON'S NAME:** _[illegible]_ SENECA CARD NUMBER: _[illegible]_

**ADDRESS:** _[illegible]_ St / _[illegible]_ / _[illegible]_ / USA / APT #: _____
CITY / STATE OR PROVINCE / ZIP OR POSTAL CODE / COUNTRY (IF NOT U.S.)

**NAME OF PROMO:** _[illegible]_    PLACE: _____   DATE OF PROMOTION: _____

**AMT. WON (NUMERIC):** $ _____   AMT. WON (WRITTEN): _____

**TAXES WITHHELD (IF ANY):** $ _____   NET PAYMENT (IF TAXES WITHHELD): $ _____

**PATRON:** X _[signature]_
SIGNATURE

**AUTHORIZED BY:** _[signature]_ / _[initials]_ / MARKETING REP. / INITIALS
SIGNATURE

---
### THIS SECTION COMPLETED BY CASINO CAGE

**CAGE CASHIER:** _[signature]_   LIC # _____
SIGNATURE

**CAGE SUPERVISOR:** _[signature]_   LIC # _____
SIGNATURE

**ID** _DL_ / _PA_ / _[illegible]_ / _[date]_   SS# _[illegible]_   DOB _[illegible]_
TYPE / STATE / NUMBER / EXP DATE

SNF-11B REVISED 5/08

Case 4:15-bk-04464-JJT   Doc 169   Filed 08/28/17   Entered 08/28/17 10:54:50   Desc
Main Document   Page 4 of 14



**CNB BANK**

P.O. Box 42, Clearfield, PA 16830
Return Service Requested

Phone number:
1-800-492-3221
Website:
www.CNBBank.bank

Customer Statement — Pg 1 of 3

**Account Number:** 1306667776
**Statement Date:** Jul 01, 2017 thru Jul 31, 2017

038530

ANDREW L COLEMAN
PO BOX 222
OSCEOLA MILLS PA 16666-0222

### Summary - All Accounts

| Product | Account # | Ending Balance |
|---|---|---|
| Positively Free Checking | 1306667776 | $10,821.78 |

### Positively Free Checking - 1306667776

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | BEGINNING BALANCE | | | $10,107.64 |
| Jul 06 | Deposit | | 1,217.00 | 11,324.64 |
| Jul 10 | 1045 Check | -80.00 | | 11,244.64 |
| Jul 12 | External Deposit US TREAS 310 - XXSOC SEC | | 1,117.00 | 12,361.64 |
| Jul 14 | 1046 Check | -13.80 | | 12,347.84 |
| Jul 14 | 1047 Check | -350.51 | | 11,997.33 |
| Jul 17 | External Withdrawal HARLAND - CLARKE CHK ORDERS | -22.15 | | 11,975.18 |
| Jul 20 | 1044 Over Counter Check | -62.00 | | 11,913.18 |
| Jul 25 | 1048 Check | -663.03 | | 11,250.15 |
| Jul 27 | 1050 Electronic Check Penelec 0934196821 041204975 CHECK PYMT | -91.44 | | 11,158.71 |
| Jul 27 | 1052 Electronic Check ERIE - INSURANCE 1256038677 | -285.00 | | 10,873.71 |
| Jul 31 | 1049 Check | -51.93 | | 10,821.78 |
| | ENDING BALANCE | | | $10,821.78 |

ANDREW L COLEMAN

### Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1044 | Jul 20 | 62.00 | 1047 | Jul 14 | 350.51 | 1050e | Jul 27 | 91.44 |
| 1045 | Jul 10 | 80.00 | 1048 | Jul 25 | 663.03 | 1052*e | Jul 27 | 285.00 |
| 1046 | Jul 14 | 13.80 | 1049 | Jul 31 | 51.93 | | | |

## Your financial security is important to us.

Fraud detection monitoring controls on your CNB debit card are set to recognize out-of-state transactions that are uncommon. To ensure these security settings won't disable your check card from making purchases while you're out of town, let us know your travel plans before you go! It's easy to do directly from your mobile device through CNB's mobile banking app, goMobile!

✈ **SUBMIT TRAVEL PLANS:**
• Under Mobile Services, notify the bank of your upcoming travel plans to ensure security settings won't disable your card while you're away.

Member FDIC

**DEACTIVATE TURN YOUR DEBIT CARD ON OR OFF:**
• Manage your debit card availability by deactivating your debit card within Mobile Services when you misplace it to prevent fraudulent activity. Reactive it when you find it with the click of a button!

**FRAUD ALERTS:**
• Should your card be disabled, make sure we can reach you by making your cell phone number your primary contact number. Within Mobile Services, click on My Profile and Update Phone Number.

These features are also available on your desktop with Personal eBanking.



**goMobile**

DOWNLOAD THE APP AND ENROLL TODAY!
available at Amazon, App Store, Google Play

02N0BA_BK_266CN0001_M022

266CNP0001 / R    Case 4:15-bk-04464-JJT    Doc 169    Filed 08/28/17    Entered 08/28/17 10:54:50    Desc
Main Document    Page 5 of 14





## Check Summary (Continued)

Number of Checks: 8    * Indicates a skip in sequence    e Indicates an electronic check

### Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jul 06 | 11,324.64 | Jul 14 | 11,997.33 | Jul 20 | 11,913.18 | Jul 27 | 10,873.71 |
| Jul 10 | 11,244.64 | Jul 17 | 11,975.18 | Jul 25 | 11,250.15 | Jul 31 | 10,821.78 |
| Jul 12 | 12,361.64 | | | | | | |

### Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Jul 01, 2017 | 10,107.64 | 2,334.00 | 0.00 | 1,619.86 | 0.00 | 10,821.78 |

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania

In re  Andrew L. & Shirley L. Coleman     Case No.  4:15-04464-JJT
            *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: July               Date filed: _____

Line of Business: _____     NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Shirley L. Coleman*
Original Signature of Responsible Party

Shirley L. Coleman
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☐ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☐ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS.

TOTAL INCOME $ 2516.83

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ 3763.77
Cash on Hand at End of Month   $ 4130.12
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 366.35

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.

TOTAL EXPENSES $ 1989.33

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 2516.83
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 1989.33
*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ 527.50

NOTE: Cash on Hand at Start of Month + Cash Profit For The Month should equal Cash on Hand at End of Month.

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   _____

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   _____

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ _____

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 2516.83 | $ 2516.83 | $ — |
| EXPENSES | $ 1989.33 | $ 1989.33 | $ — |
| CASH PROFIT | $ 527.50 | $ 527.50 | $ — |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ —
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ —
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ —

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

MONTHLY EXPENSES: (not deducted from wages) Do not include monthly payments on debts that you will not be repaying after filing bankruptcy.

| Expense | Amount |
|---|---|
| Rent or Mortgage payment(s) | $ ——— |
| Real Estate Taxes | ——— |
| Electric | $79.06 |
| Gas | $68.75 |
| Telephone  phone-internet-TV — comcast $172.57 | $172.57 |
| Heat | ——— |
| Water | ——— |
| Sewer   STATE Farm Balance $14.16    Dog Groomer $40.00    Family Dollar $7.16 | $48.00 |
| Garbage  TrueValue $6.35    Dept. of trans $37.00    Community Bank $270.00 | ——— |
| Other:  Cash Back $40.00   Liquor Store $29.67   Walmart $193.99   Members 1st $300.00   Dollar Store $102.08   Ollie's $75.98   BigLots $8.56   Church $65.00 | $1179.94 |
| Home Maintenance (repair/upkeep) | ——— |
| Taxes (not deducted from wages/ not included in home loan payment/ not included in real estate taxes) | ——— |
| Alimony, maintenance or support payments    Person supported ———— ——— | ——— |
| Transportation (not including auto payments) | ——— |
| Education (tuition, school books) | ——— |
| Food | $266.01 |
| Clothing | ——— |
| Medical, Dental, Medicines   CVS $21.87   Penn STATE Pharmacy $153.13 | $175.00 |
| Laundry & Dry-cleaning | ——— |
| Newspapers, Periodicals, and Books | ——— |
| Recreation, Clubs, Entertainment | ——— |

44



**Penn State Federal Credit Union**
123 Amberleigh Lane
Bellefonte, PA 16823
P. (814) 865-7728
P. (800) 828-4636
F. (814) 863-6183
www.PennStateFederal.com

*That's my Credit Union!*

**Privacy Notice**
**Reconciliation**
**Disclosures**
**Courtesy Pay**

| ACCOUNT NUMBER |
|---|
| 63241 |

SHIRLEY L COLEMAN
1429 STATE STREET
OSCEOLA MILLS PA 16666

| FROM | THROUGH |
|---|---|
| 07/01/17 | 07/31/17 |

| PAGE |
|---|
| 1 |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 07/01 | ID 01 REGULAR SHARE Balance Forward | | 5.00 |
| 07/31 | Ending Balance | | 5.00 |

*****************************************************************************

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 07/01 | ID 73 FREEDOM CHECKING Balance Forward | | 3864.84 |
| 07/01 | Withdrawal Debit Card Debit Card 06/30 24431067182003151510528 RED LOBSTER 6221 STATE COLLEGE PA Card 6624 | -69.20 | 3795.64 |
| 07/02 | Withdrawal POS #718300048763 CVS/PHARMACY #01 01919--815 NORTH FRONT PHILIPSBURG PA Card 6624 | -61.87 | 3733.77 |
| 07/03 | Withdrawal POS #718418588066 WINE & SPIRITS 01706 PHILIPSBURG PA Card 6624 | -29.67 | 3704.10 |
| 07/03 | Withdrawal POS #718414438811 WEIS MARKETS 118 PHILIPSBURG PA Card 6624 | -31.43 | 3672.67 |
| 07/03 | Withdrawal POS #718418773974 PHILIPSBURG HOMETO PHILIPSBURG PA Card 6624 | -9.34 | 3663.33 |
| 07/05 | Draft 001257 Tracer 21840406 | -10.00 | 3653.33 |
| 07/05 | Withdrawal POS #718622623976 DOLLAR GENERAL # SE SIDE OSCEOLA MILLS PA Card 6624 | -30.21 | 3623.12 |
| 07/08 | Withdrawal Debit Card Debit Card 07/07 24445007189400052918169 WM SUPERCENTER #2129 CLEARFIELD PA Card 6624 | -70.77 | 3552.35 |
| 07/08 | Withdrawal Debit Card Debit Card 07/07 24755427189121891642901 OLLIES BARGAIN OUTLET 0 CLEARFIELD PA Card 6624 | -75.98 | 3476.37 |
| 07/08 | Withdrawal Debit Card Debit Card 07/07 24445007189500260513056 BIG LOTS STORES - #1725 CLEARFIELD PA Card 6624 | -8.56 | 3467.81 |
| 07/10 | Withdrawal Debit Card Debit Card 07/09 24427337190720019438609 WEIS MARKETS 118 PHILIPSBURG PA Card 6624 | -45.54 | 3422.27 |
| 07/10 | Withdrawal Debit Card Debit Card 07/09 24427337190720019445752 WEIS MARKETS 118 PHILIPSBURG PA Card 6624 | -9.80 | 3412.47 |
| 07/10 | Withdrawal POS #719122517690 DOLLAR GENERAL # SE SIDE OSCEOLA MILLS PA Card 6624 | -29.76 | 3382.71 |

--- Continued on following page ---

REGULAR SHARE ACCOUNTS ARE NOT TRANSFERABLE EXCEPT ON THE RECORDS OF THIS CREDIT UNION. SEE RECONCILIATION FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS AND ELECTRONIC FUND TRANSFER ERRORS.



**Penn State Federal Credit Union**

That's my Credit Union!
123 Amberleigh Lane
Bellefonte, PA 16823
P. (814) 865-7728
P. (800) 828-4636
F. (814) 863-6183
www.PennStateFederal.com

**Privacy Notice**
**Reconciliation**
**Disclosures**
**Courtesy Pay**

ACCOUNT NUMBER: 63241

FROM 07/01/17  THROUGH 07/31/17

PAGE 2

SHIRLEY L COLEMAN
1429 STATE STREET
OSCEOLA MILLS PA 16666

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 07/11 | Withdrawal Debit Card Debit Card 07/10 24224437192102026645743 PHILIPSBURG HOMETO PHILIPSBURG PA Card 6624 | -13.69 | 3369.02 |
| 07/11 | Draft 001258 Tracer 21840494 | -10.00 | 3359.02 |
| 07/14 | Draft 001260 Tracer 14890358 | -172.57 | 3186.45 |
| 07/14 | Deposit By Check | 110.00 | 3296.45 |
| 07/16 | Withdrawal POS #719700757798 WM SUPERCENTER # Wal-Mart Super Center CLEARFIELD PA Card 6624 | -85.83 | 3210.62 |
| 07/16 | Withdrawal Debit Card Debit Card 07/16 24224437198101067531832 PHILIPSBURG HOMETO PHILIPSBURG PA Card 6624 | -23.09 | 3187.53 |
| 07/18 | Withdrawal Debit Card Debit Card 07/17 24427337198720020317653 WEIS MARKETS 118 PHILIPSBURG PA Card 6624 | -33.73 | 3153.80 |
| 07/18 | Draft 001261 Tracer 21730362 | -10.00 | 3143.80 |
| 07/18 | Draft 001262 Tracer 21730358 | -25.00 | 3118.80 |
| 07/19 | Deposit ACH XXSOC SEC ID: 9031736013 CO: XXSOC SEC | 930.00 | 4048.80 |
| 07/20 | Draft 001259 Tracer 20450548 | -1.41 | 4047.39 |
| 07/20 | Draft 001264 Tracer 20850604 | -68.75 | 3978.64 |
| 07/20 | Draft 001265 Tracer 20420146 | -135.00 | 3843.64 |
| 07/20 | Withdrawal POS #720121734576 DOLLAR GENERAL # SE SIDE OSCEOLA MILLS PA Card 6624 | -25.41 | 3818.23 |
| 07/20 | Withdrawal Debit Card Debit Card 07/20 24224437202103011754720 PHILIPSBURG TRUE V PHILIPSBURG PA Card 6624 | -6.35 | 3811.88 |
| 07/21 | Draft 001263 Tracer 10510016 | -48.00 | 3763.88 |
| 07/22 | Withdrawal POS #631657 WAL-MART #2129 100 SUPERCENTER DRIVE CLEARFIELD PA Card 6624 | -37.39 | 3726.49 |
| 07/25 | Draft 001269 Tracer 21520224 | -10.00 | 3716.49 |
| 07/27 | Withdrawal Debit Card Debit Card 07/26 24427337207720020876749 WEIS MARKETS 118 PHILIPSBURG PA Card 6624 | -49.93 | 3666.56 |
| 07/27 | Draft 001268 Tracer 20350610 | -135.00 | 3531.56 |
| 07/28 | Withdrawal Debit Card Debit Card 07/27 24231687209837000016096 FAMILY DOLLAR #5890 HOUTZDALE PA Card 6624 | -7.16 | 3524.40 |
| 07/28 | Draft 001267 Tracer 0024275761 | -14.15 | 3510.25 |
| 07/28 | Processed Check - STATE FARM RO 27 TYPE: PYMT ID: 9000307003 | -40.00 | 3470.25 |
| 07/30 | Draft 001270 Tracer 13360366 | -16.70 | 3453.55 |
| 07/30 | Withdrawal POS #721114633796 DOLLAR GENERAL # SE SIDE OSCEOLA MILLS PA Card 6624 | -49.89 | 3403.66 |
| 07/30 | Withdrawal Debit Card Debit Card 07/30 24224437212101067389837 PHILIPSBURG HOMETO PHILIPSBURG PA Card 6624 | | |
| 07/31 | Deposit ACH COMM OF PA TYPE: ANNUITANT ID: PA TR DPT CO: COMM OF PA | 1476.83 | 4880.49 |
| | Ending Balance | | |

REGULAR SHARE ACCOUNTS ARE NOT TRANSFERABLE EXCEPT ON THE RECORDS OF THIS CREDIT UNION. SEE RECONCILIATION FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS AND ELECTRONIC FUND TRANSFER ERRORS.

-Statements - Penn State Federal Credit Union       https://webapp.pennstatefederal.com/edocs/view.html?docid=1875302




123 Amberleigh Lane
Bellefonte, PA 16823
P. (814) 865-7728
P. (800) 828-4636
F. (814) 863-6183
www.PennStateFederal.com

**Privacy Notice**
**Reconciliation**
**Disclosures**
**Courtesy Pay**

| ACCOUNT NUMBER |
|---|
| 63241 |

SHIRLEY L COLEMAN
1429 STATE STREET
OSCEOLA MILLS PA 16666

| FROM | THROUGH |
|---|---|
| 07/01/17 | 07/31/17 |

| PAGE |
|---|
| 3 |

| DATE | DESCRIPTION | | | | | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|

| Number | Amount | Number | Amount | Number | Amount | Number | Amount |
|---|---|---|---|---|---|---|---|
| 001257 | 10.00 | 001261 | 10.00 | 001265 | 135.00 | 001270 | 40.00 |
| 001258 | 10.00 | 001262 | 25.00 | 001267* | 14.15 | | |
| 001259 | 1.41 | 001263 | 48.00 | 001268 | 135.00 | | |
| 001260 | 172.57 | 001264 | 68.75 | 001269 | 10.00 | | |

\* Asterisk next to number indicates skip in number sequence
*********************************************************************************

We Have The Financing You Need Today!
Let us see if we can help you save money on your next Auto, Personal or
Home Loan! Be sure to check out www.pennstatefederal.com for details on
our competitive loan rates.

VISA Platinum Rewards Credit Card.
We'll put cash back in your pocket for all of your everyday purchases with
a Penn State Federal VISA Platinum Rewards Credit Card.
Apply for your card today!

REGULAR SHARE ACCOUNTS ARE NOT TRANSFERABLE EXCEPT ON THE RECORDS OF THIS CREDIT UNION. SEE RECONCILIATION FOR IMPORTANT INFORMATION
REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS AND ELECTRONIC FUND TRANSFER ERRORS.

3 of 3                                                                                                                     8/3/2017 3:17 PM

Case 4:15-bk-04464-JJT    Doc 169    Filed 08/28/17    Entered 08/28/17 10:54:50    Desc
Main Document    Page 14 of 14