IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 11
   ANDREW L. COLEMAN, d/b/a :
   COLEMAN'S ASPHALT, :
   OSCEOLA MILLS CARWASH, :
   AND SHIRLEY L. COLEMAN, : CASE No.: 4:15-bk-04464-JJT
       DEBTORS :

## REPORT OF PUBLIC SALE

1. SALE ENDED: August 4, 2017

2. AUCTIONEER: Matthew S. Hurley Auction Co., Inc.

3. BRIEF DESCRIPTION OF ASSETS: Remaining inventory from asphalt business

4. ATTENDANCE AT SALE: Over 2,600 internet bidders

5. HOW WAS SALE ADVERTISED? Radio, print media and internet

6. SECURITY OF ASSETS DURING SALE: Stored on secured lot

7. TYPE OF BIDDERS: Individuals, dealers, and commercial bidders

8. LOT BID: $51,773.34     BUYERS' PREMIUM: $2,465.41

9. AUCTIONEER'S FEE: $4,930.79     TRAVEL EXPENSES: $325.00

10. ADVERTISING COSTS: $1,509.74     ONLINE AUCTION PREPARATION: $700.00

11. INTERNET AND ONLINE BIDDING PLATFORM: $250.00

12. VALLEY TRUCK AND TRAILER REPAIR COSTS: $3,217.19

13. NET AMOUNT REALIZED: $38,375.21

Respectfully submitted,

Date: August 28, 2017

/s/ John P. Neblett
John P. Neblett, Esq.
P.A. I.D. No. 80036
P.O. Box 490
Reedsville, PA 17084
717.667.7185
Chapter 7 Trustee
jpn@neblettlaw.com

# Detailed Schedule of Expenses
## 87 CURTIN STREET

| | |
|---|---|
| 1. Auctioneers Commission: Personal Property: | |
| 10% x $ 49,307.93 = | 4,930.79 |
| Total Commission: | **$4,930.79** |
| 2. Online Auction Preparation: | |
| a. Set up labor and cataloguing: 12.5 hours @ $25.00/hr. | 312.50 |
| b. Preview/Pick up 15.5 hours @ 25.00/hr. | 387.50 |
| | **$700.00** |
| 3. Advertising: | |
| a. The Progress | 99.18 |
| b. Bargain Sheet | 80.56 |
| c. Mercersburg Printing | 1,000.00 |
| d. Facebook Boosted AD | 150.00 |
| e. Direct Internet Advertising | 125.00 |
| f. Radio | 25.00 |
| g. Billboard | 30.00 |
| | **$1,509.74** |
| 4. Internet and Online Bidding Platform: | **$250.00** |
| 5. Valley Truck & Trailer | **$3,217.19** |
| 6. Travel Expenses ($25.00/hr for 13hours) | **$325.00** |



| | |
|---|---|
| Total Cost to Sellers: | **$10,932.72** |

# Accounting Summary

## 87 CURTIN STREET

| | | |
|---|---|---|
| Proceeds of Auction: | $ | 51,773.34 |
| 1. Auctioneers Commission: | | $4,930.79 |
| 2. Auctioneers Commission: Buyers Prem | | $2,465.41 |
| 3. Online Auction Preparation: | | $700.00 |
| 4. Advertising: | | $1,509.74 |
| 5. Internet and Online Bidding Platform | | $250.00 |
| 6. Valley Truck & Trailer | | $3,217.19 |
| 7. Travel Expenses | | $325.00 |

Total cost to Seller(s): $13,398.13

**Amount due to Seller(s):** $ 38,375.21