B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania

In re   Andrew L. & Shirley L. Coleman        Case No.   4:15-04464-JJT
           *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: June                              Date filed: _____

Line of Business: _____         NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Shirley L Coleman*
Original Signature of Responsible Party

Shirley L. Coleman
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

|  | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☐ |

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☐ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☐ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☐ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS.

TOTAL INCOME $ 2406.83

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 4563.83
Cash on Hand at End of Month $ 3785.64
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL $ 778.19

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.

TOTAL EXPENSES $ 3176.33

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 2406.83
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 3176.33
*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ 778.19

NOTE: Cash on Hand at Start of Month + Cash Profit For The Month should equal Cash on Hand at End of Month.

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____

MONTHLY EXPENSES: (not deducted from wages) Do not include monthly payments on debts that you will not be repaying after filing bankruptcy.

| Expense | Amount |
|---|---|
| Rent or Mortgage payment(s) | $ |
| Real Estate Taxes | |
| Electric | $53.83 |
| Gas | $62.01 |
| Telephone TRIPLE play | $106.98 |
| Heat | |
| Water | $33.53 |
| Sewer | $48.00 |
| Garbage members 1st $300.00  Dept. Trans $30.50  Bickies $103.85  Lowe's $21.14 | |
| Other: Church $75.00  Birthday $50.00  Dist. Mag $139.00  State Farm Homeowners $557.00  Comm Bank $135.00  Colonial Flower $10.60  Lifetime Benefits $528.48  State Farm Auto $326.61 | $2277.18 |
| Home Maintenance (repair/upkeep) | |
| Taxes (not deducted from wages/ not included in home loan payment/ not included in real estate taxes) | |
| Alimony, maintenance or support payments  Person supported _____ | |
| Transportation (not including auto payments) | |
| Education (tuition, school books) | |
| Food | $324.37 |
| Clothing | $105.70 |
| Medical, Dental, Medicines | $17.29 |
| Laundry & Dry-cleaning | |
| Newspapers, Periodicals, and Books | $78.24 |
| Recreation, Clubs, Entertainment | $69.20 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 2406.83 | $ 2406.83 | $ — |
| EXPENSES | $ 3176.33 | $ 3176.33 | $ — |
| CASH PROFIT | $ -769.50 | $ leftover 778.19 | $ — |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 2466.83
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ —
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ —

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ _____ | $ _____ |
| EXPENSES | $ _____ | $ _____ | $ _____ |
| CASH PROFIT | $ _____ | $ _____ | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**



**Penn State Federal Credit Union**

That's my Credit Union!

123 Amberleigh Lane •
Bellefonte, PA 16823 •
P. (814) 865-7728 •
P. (800) 828-4636 •
F. (814) 863-6183 •
www.PennStateFederal.com •

**Privacy Notice**
**Reconciliation**
**Disclosures**
**Courtesy Pay**

| ACCOUNT NUMBER |
|---|
| 63241 |

SHIRLEY L COLEMAN
1429 STATE STREET
OSCEOLA MILLS PA 16666

| FROM | THROUGH |
|---|---|
| 06/01/17 | 06/30/17 |

| PAGE |
|---|
| 1 |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 06/01 | ID 01 REGULAR SHARE Balance Forward | | 5.00 |
| 06/30 | Ending Balance | | 5.00 |
| ************************************************************************************** | | | |
| 06/01 | ID 73 FREEDOM CHECKING Balance Forward | | 4692.59 |
| 06/01 | Draft 001493 Tracer 0022477993 | -53.76 | 4638.83 |
| | Processed Check - Penelec | | |
| | TYPE: CHECK PYMT ID: 0934196821 | | |
| 06/01 | Withdrawal POS #715200942686 | -55.73 | 4583.10 |
| | PEEBLES #5162 1061 N FRONT ST PHILIPSBURG PA | | |
| | Card 6624 | | |
| 06/01 | Withdrawal POS #715219743874 | -20.95 | 4562.15 |
| | DOLLAR GENERAL # SE SIDE OSCEOLA MILLS PA | | |
| | Card 6624 | | |
| 06/01 | Withdrawal POS #715221263840 | -12.74 | 4549.41 |
| | PHILIPSBURG HOMETO PHILIPSBURG PA | | |
| | Card 6624 | | |
| 06/02 | Draft 001496 Tracer 10380018 | -50.00 | 4499.41 |
| 06/04 | Withdrawal POS #715513256479 | -32.96 | 4466.45 |
| | WEIS MARKETS 118 PHILIPSBURG PA | | |
| | Card 6624 | | |
| 06/04 | Withdrawal POS #715518772974 | -17.02 | 4449.43 |
| | PHILIPSBURG HOMETO PHILIPSBURG PA | | |
| | Card 6624 | | |
| 06/05 | Withdrawal POS #715623712131 | -36.84 | 4412.59 |
| | PHILIPSBURG HOMETO PHILIPSBURG PA | | |
| | Card 6624 | | |
| 06/08 | Withdrawal POS #715921501518 | -25.81 | 4386.78 |
| | DOLLAR GENERAL # SE SIDE OSCEOLA MILLS PA | | |
| | Card 6624 | | |
| 06/14 | Withdrawal POS #716581156816 | -51.33 | 4335.45 |
| | Wal-Mart Super Center 2129 WAL-SAMS CLEARFIELD PA | | |
| | Card 6624 | | |
| 06/14 | Withdrawal POS #716600249470 | -10.48 | 4324.97 |
| | PHILIPSBURG HOMETO PHILIPSBURG PA | | |
| | --- Continued on following page --- | | |

REGULAR SHARE ACCOUNTS ARE NOT TRANSFERABLE EXCEPT ON THE RECORDS OF THIS CREDIT UNION. SEE RECONCILIATION FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS AND ELECTRONIC FUND TRANSFER ERRORS.



**Penn State Federal Credit Union**
*That's my Credit Union!*
123 Amberleigh Lane •
Bellefonte, PA 16823 •
P. (814) 865-7728 •
P. (800) 828-4636 •
F. (814) 863-6183 •
www.PennStateFederal.com •

**Privacy Notice**
**Reconciliation**
**Disclosures**
**Courtesy Pay**

| ACCOUNT NUMBER |
|---|
| 63241 |

SHIRLEY L COLEMAN
1429 STATE STREET
OSCEOLA MILLS PA 16666

| FROM | THROUGH |
|---|---|
| 06/01/17 | 06/30/17 |

| PAGE |
|---|
| 2 |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 06/15 | Card 6624 Draft 001241 Tracer 10350368 | -106.98 | 4217.99 |
| 06/15 | Draft 001500 Tracer 10200138 | -50.00 | 4167.99 |
| 06/15 | Withdrawal POS #716600582936 PEEBLES #5162 1061 N FRONT ST PHILIPSBURG PA | -49.97 | 4118.02 |
| 06/18 | Card 6624 Withdrawal POS #716916015349 WEIS MARKETS 118 PHILIPSBURG PA | -55.63 | 4062.39 |
| 06/18 | Card 6624 Withdrawal POS #716920793244 PHILIPSBURG HOMETO PHILIPSBURG PA | -8.71 | 4053.68 |
| 06/20 | Card 6624 Draft 001244 Tracer 21600280 | -20.00 | 4033.68 |
| 06/20 | Draft 001498 Tracer 21600288 | -25.00 | 4008.68 |
| 06/20 | Draft 001499 Tracer 21600278 | -10.00 | 3998.68 |
| 06/20 | Withdrawal POS #717122601859 DOLLAR GENERAL # SE SIDE OSCEOLA MILLS PA | -18.25 | 3980.43 |
| 06/21 | Card 6624 Deposit ACH XXSOC SEC ID: 9031736013 CO: XXSOC SEC | 930.00 | 4910.43 |
| 06/22 | Draft 001242 Tracer 20250412 | -17.29 | 4893.14 |
| 06/23 | Draft 001248 Tracer 20230046 | -135.00 | 4758.14 |
| 06/25 | Withdrawal POS #717613810387 WEIS MARKETS 118 PHILIPSBURG PA | -68.52 | 4689.62 |
| 06/25 | Card 6624 Withdrawal POS #717617746588 DOLLAR GENERAL # 18 NORTH PHILLIPSBURG PA | -23.88 | 4665.74 |
| 06/26 | Card 6624 Draft 001247 Tracer 0027598201 Processed Check - STATE FARM RO 27 TYPE: PYMT ID: 9000307003 | -326.61 | 4339.13 |
| 06/26 | Draft 001245 Tracer 0027598200 Processed Check - STATE FARM RO 27 TYPE: PYMT ID: 9000307003 | -557.00 | 3782.13 |
| 06/26 | Draft 001243 Tracer 20720304 | -139.00 | 3643.13 |
| 06/26 | Draft 001246 Tracer 14270264 | -48.00 | 3595.13 |
| 06/26 | Draft 001249 Tracer 19780026 | -62.01 | 3533.12 |
| 06/27 | Draft 001254 Tracer 0024059106 Processed Check - Penelec TYPE: CHECK PYMT ID: 0934196821 | -53.83 | 3479.29 |
| 06/27 | Draft 001250 Tracer 20780524 | -10.60 | 3468.69 |
| 06/27 | Draft 001253 Tracer 19930502 | -300.00 | 3168.69 |
| 06/27 | Draft 001255 Tracer 21650414 | -10.00 | 3158.69 |
| 06/27 | Withdrawal POS #717822563748 DOLLAR GENERAL # SE SIDE OSCEOLA MILLS PA | -10.30 | 3148.39 |
| 06/27 | Card 6624 Withdrawal POS #717818884623 WEIS MARKETS 118 PHILIPSBURG PA | -42.88 | 3105.51 |
| 06/28 | Card 6624 Draft 001251 Tracer 14470040 | -528.48 | 2577.03 |
| 06/28 | Draft 001252 Tracer 13120312 | -33.53 | 2543.50 |
| 06/29 | Draft 001256 Tracer 10200222 | -30.50 | 2513.00 |
| 06/30 | Deposit ACH COMM OF PA TYPE: ANNUITANT ID: PA TR DPT CO: COMM OF PA | 1476.83 | 3989.83 |
| 06/30 | Withdrawal Debit Card Debit Card 06/29 2401951718118910066903 BICKELS SURPLUS ALTOONA PA | -103.85 | 3885.98 |

--- Continued on following page ---

REGULAR SHARE ACCOUNTS ARE NOT TRANSFERABLE EXCEPT ON THE RECORDS OF THIS CREDIT UNION. SEE RECONCILIATION FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS AND ELECTRONIC FUND TRANSFER ERRORS.

 

123 Amberleigh Lane •
Bellefonte, PA 16823 •
P. (814) 865-7728 •
P. (800) 828-4636 •
F. (814) 863-6183 •
www.PennStateFederal.com •

**Privacy Notice**
**Reconciliation**
**Disclosures**
**Courtesy Pay**

| ACCOUNT NUMBER |
|---|
| 63241 |

SHIRLEY L COLEMAN
1429 STATE STREET
OSCEOLA MILLS PA 16666

| FROM | THROUGH |
|---|---|
| 06/01/17 | 06/30/17 |

| PAGE |
|---|
| 3 |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 06/30 | Card 6624<br>Withdrawal POS #718119754659<br>LOWE'S #2355 STATE COLLEGE PA<br>Card 6624 | -21.14 | 3864.84 |
| 06/30 | Ending Balance | | 3864.84 |
|  | Dividends Paid Year to Date | 0.00 | |

| Number | Amount | Number | Amount | Number | Amount | Number | Amount |
|---|---|---|---|---|---|---|---|
| 001241 | 106.98 | 001247 | 326.61 | 001253 | 300.00 | 001498* | 25.00 |
| 001242 | 17.29 | 001248 | 135.00 | 001254 | 53.83 | 001499 | 10.00 |
| 001243 | 139.00 | 001249 | 62.01 | 001255 | 10.00 | 001500 | 50.00 |
| 001244 | 20.00 | 001250 | 10.60 | 001256 | 30.50 | | |
| 001245 | 557.00 | 001251 | 528.48 | 001493* | 53.76 | | |
| 001246 | 48.00 | 001252 | 33.53 | 001496* | 50.00 | | |

* Asterisk next to number indicates skip in number sequence
********************************************************************************

```
                    Total Current Year IRA Contributions              0.00
                    Total Dividends Paid Year to Date               107.51
                    Total Nontax Dividends Year to Date             247.68
```

We Have The Financing You Need Today!
Let us see if we can help you save money on your next
Auto, Personal or Home Loan!
Be sure to check out www.pennstatefederal.com for details on
our competitive loan rates.

VISA Platinum Rewards Credit Card.
We'll put cash back in your pocket for all of your everyday purchases with a
Penn State Federal VISA Platinum Rewards Credit Card.
Apply for your card today!

REGULAR SHARE ACCOUNTS ARE NOT TRANSFERABLE EXCEPT ON THE RECORDS OF THIS CREDIT UNION. SEE RECONCILIATION FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS AND ELECTRONIC FUND TRANSFER ERRORS.

# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

In re: Andrew L. & Shirley L. Coleman
Debtor

Case No. 4-15-04464-JJT

Small Business Case under Chapter 11

### SMALL BUSINESS MONTHLY OPERATING REPORT

Month: JUNE 2017 — SEMI

Line of Business: ~~Semi~~ RETIRED

Date filed:

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Andy Coleman*

Original Signature of Responsible Party

Andrew L. Coleman

Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.)

| | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☒ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☒ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☒ ☐

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS.

TOTAL INCOME  $7210.00

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $6154.29
Cash on Hand at End of Month  $10107.64

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $10107.64

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.

TOTAL EXPENSES  $3256.6

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)  $7210.00
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)  $3256.65
(Subtract Line C from Line B)   CASH PROFIT FOR THE MONTH  $3953.35

NOTE: Cash on Hand at Start of Month + Cash Profit For The Month should equal Cash on Hand at End of Month.

# UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  2

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  0

## PROFESSIONAL FEES

**BANKRUPTCY RELATED:**

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

**NON-BANKRUPTCY RELATED:**

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0



**CNB BANK**

P.O. Box 42, Clearfield, PA 16830
Return Service Requested

Phone number:
1-800-492-3221
Website:
www.CNBBank.bank

Customer Statement  Pg 1 of 3

Account Number: 1306667776
Statement Date: Jun 01, 2017 thru Jun 30, 2017

### Summary - All Accounts

| Product | Account # | Ending Balance |
|---|---|---|
| Positively Free Checking | 1306667776 | $10,107.64 |

039008

ANDREW L COLEMAN
PO BOX 222
OSCEOLA MILLS PA 16666-0222

### Positively Free Checking - 1306667776

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | BEGINNING BALANCE | | | $6,154.29 |
| Jun 01 | 1029 Electronic Check OUTDOOR - NEWS INC CHECKPYMNT | -24.00 | | 6,130.29 |
| Jun 01 | 1032 Check | -33.99 | | 6,096.30 |
| Jun 02 | Deposit | | 1,650.00 | 7,746.30 |
| Jun 06 | 1033 Check | -663.03 | | 7,083.27 |
| Jun 09 | Deposit | | 2,194.00 | 9,277.27 |
| Jun 09 | 1035 Check | -81.80 | | 9,195.47 |
| Jun 13 | 1036 Check | -142.50 | | 9,052.97 |
| Jun 14 | External Deposit US TREAS 310 - XXSOC SEC | | 1,117.00 | 10,169.97 |
| Jun 16 | 1034 Check | -39.30 | | 10,130.67 |
| Jun 20 | 1039 Check | -150.00 | | 9,980.67 |
| Jun 21 | 1038 Check | -750.00 | | 9,230.67 |
| Jun 26 | 1040 Electronic Check Penelec 0934196821 041204975 CHECK PYMT | -90.71 | | 9,139.96 |
| Jun 27 | 1037 Check | -649.25 | | 8,490.71 |
| Jun 29 | 1043 Electronic Check ERIE - INSURANCE 1256038677 | -360.00 | | 8,130.71 |
| Jun 29 | 1042 Check | -40.52 | | 8,090.19 |
| Jun 30 | 1041 Electronic Check CABELAS - VISA 8008508402 66740 PAYMENTS | -231.55 | | 7,858.64 |
| Jun 30 | Deposit | | 2,249.00 | 10,107.64 |
| | ENDING BALANCE | | | $10,107.64 |

## Your financial security is important to us.

Fraud detection monitoring controls on your CNB debit card are set to recognize out-of-state transactions that are uncommon. To ensure these security settings won't disable your check card from making purchases while you're out of town, let us know your travel plans before you go! It's easy to do directly from your mobile device through CNB's mobile banking app, goMobile!

✈ **SUBMIT TRAVEL PLANS:**
- Under Mobile Services, notify the bank of your upcoming travel plans to ensure security settings won't disable your card while you're away.

Member FDIC

**DEACTIVATE** **TURN YOUR DEBIT CARD ON OR OFF:**
- Manage your debit card availability by deactivating your debit card within Mobile Services when you misplace it to prevent fraudulent activity. Reactive it when you find it with the click of a button!

📱 **FRAUD ALERTS:**
- Should your card be disabled, make sure we can reach you by making your cell phone number your primary contact number. Within Mobile Services, click on My Profile and Update Phone Number.

These features are also available on your desktop with Personal eBanking.



goMobile

DOWNLOAD THE APP AND ENROLL TODAY!
available at
Amazon, App Store, Google Play

02N0BA_BK_266CN0001_M022
266CNP0001 / R

Case 4:15-bk-04464-JJT    Doc 171    Filed 09/06/17    Entered 09/06/17 12:11:37    Desc
Main Document    Page 13 of 14



Customer Statement    Pg 3 of 3
Account Number:    1306667776
Statement Date:    Jun 01, 2017 thru Jun 30, 2017

## Positively Free Checking - 1306667776 (Continued)

ANDREW L COLEMAN

### Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1029e | Jun 01 | 24.00 | 1036 | Jun 13 | 142.50 | 1040e | Jun 26 | 90.71 |
| 1032* | Jun 01 | 33.99 | 1037 | Jun 27 | 649.25 | 1041e | Jun 30 | 231.55 |
| 1033 | Jun 06 | 663.03 | 1038 | Jun 21 | 750.00 | 1042 | Jun 29 | 40.52 |
| 1034 | Jun 16 | 39.30 | 1039 | Jun 20 | 150.00 | 1043e | Jun 29 | 360.00 |
| 1035 | Jun 09 | 81.80 | | | | | | |

Number of Checks: 13    * Indicates a skip in sequence    e Indicates an electronic check

### Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jun 01 | 6,096.30 | Jun 13 | 9,052.97 | Jun 20 | 9,980.67 | Jun 27 | 8,490.71 |
| Jun 02 | 7,746.30 | Jun 14 | 10,169.97 | Jun 21 | 9,230.67 | Jun 29 | 8,090.19 |
| Jun 06 | 7,083.27 | Jun 16 | 10,130.67 | Jun 26 | 9,139.96 | Jun 30 | 10,107.64 |
| Jun 09 | 9,195.47 | | | | | | |

### Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Jun 01, 2017 | 6,154.29 | 7,210.00 | 0.00 | 3,256.65 | 0.00 | 10,107.64 |